# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0113.  IN THE INTEREST OF C. M. et al., CHILDREN (FATHER).**

Upon review of the full record of this case, we have determined that the application for discretionary appeal was improvidently granted. The order granting the application is therefore vacated and this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/07/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*